UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60033-COHN

UNITED STATES OF AMERICA

vs.

UBS AG,

      Defendant.
_____/

### GOVERNMENT'S RESPONSE TO MOTION TO REOPEN, INTERVENE AND UNSEAL

The United States of America, by and through its counsel, Mark F. Daly, Trial Attorney, United States Department of Justice Tax Division, hereby respectfully submits its response to the Motion to Reopen, Intervene and Unseal filed by Kenneth Heller. In his motion, Heller sought the following relief: to re-open the instant matter; to be permitted to intervene in it; to unseal Exhibit E to the Deferred Prosecution Agreement between UBS AG and the United States ("DPA"); and to unseal any other documents under seal to the extent they refer to or concern him. Heller sought such relief in order to ascertain whether, as part of the DPA, UBS produced offshore bank account records related to him.

Heller has been indicted in the Southern District of New York for failure to file income tax returns and for the failure to file Foreign Bank Account Reports. See United States v. Heller, Case No.: 10-cr-388-PKC. The charges arise in part from Heller's alleged beneficial ownership of an undeclared account at UBS. Heller believes that the Government obtained records related to the undeclared account through the DPA. Heller has filed a motion in the criminal matter to exclude those account records from evidence on the grounds that the Government violated Swiss

law when it obtained account records through the DPA. Heller contends that he must be able to prove that the UBS account records at issue were obtained by the Government through the DPA in order to prevail in his suppression motion.

The Government has engaged in discussions with Robert S. Fink, counsel for Heller, regarding Heller's motion. The Government and Attorney Fink have agreed that Heller will not pursue the relief sought in the instant motion in exchange for the Government's stipulation that the UBS account records at issue in United States v. Heller, Case No.: 10-cr-388-PKC, were produced by UBS pursuant to the DPA. Therefore, the Government stipulates that UBS disclosed account information related to Kenneth Heller's offshore bank account as part of the Deferred Prosecution Agreement in February 2009.

In exchange for the stipulation, the Government anticipates that Heller will withdraw his motion.

Respectfully submitted,

JOHN A. DICICCO
Principal Deputy Assistant Attorney General

By: _____
Mark F. Daly
Florida Bar No. A5501435
Trial Attorney
United States Department of Justice, Tax Division
Northern Criminal Enforcement Section
P.O. Box 972
Washington, DC 20530
Tel: (202) 514-5150
Fax: (202) 616-1786
Mark.F.Daly@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on May 31, 2011, an original copy of the foregoing, Government's Response to Motion to Reopen, Intervene and Unseal, was filed with the U.S. District Court for the Southern District of Florida and served on counsel for the Movant by filing the same with the with the Electronic Case Filing system.

_____
Mark F. Daly
Trial Attorney
U.S. Department of Justice, Tax Division