UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-CR-60033-JIC

UNITED STATES OF AMERICA,

vs.

UBS AG,

      Defendant
_____/

### ORDER DENYING AS MOOT MOTION TO REOPEN, INTERVENE, AND UNSEAL

**THIS CAUSE** is before the Court on Kenneth Heller's Motion to Reopen, Intervene and Unseal [DE 33] ("Motion").  The Court has reviewed the Motion, the Government's Response [DE 36] ("Response"), and is otherwise advised in the premises.

In the Response, the Government represents that the movant has "agreed that [he] will not pursue the relief sought in the instant motion in exchange for the Government's stipulation that the UBS account records at issue in United States v. Heller, Case No.: 10-cr-388-PKC, were produced by UBS pursuant to the [Deferred Prosecution Agreement between UBS AG and the United States]."  Response at 2. Furthermore, "the Government stipulates that UBS disclosed account information related to Kenneth Heller's offshore bank account as part of the Deferred Prosecution Agreement in February 2009."  Id.  It is thereupon

**ORDERED AND ADJUDGED** that Kenneth Heller's Motion to Reopen, Intervene and Unseal [DE 33] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 10th day of June, 2011.

_James I. Cohn_

JAMES I. COHN
United States District Judge